

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Unity National Bank v. John Scroggins

Appellate case number:   01-20-00593-CV

Trial court case number: 2017-31933

Trial court:             164th District Court of Harris County

Date motion filed:       March 16, 2022

Party filing motion:     Appellant


      It is ordered that the motion for rehearing is **denied**.


Judge's signature: ____/s/ Julie Countiss_____
                Acting for the Court

Panel consists of: Justices Goodman, Landau, and Countiss.

Date: ___March 29, 2022____